| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| 2 | SCOTTLYNN J HUBBARD IV, SBN 212970<br>DISABLED ADVOCACY GROUP, APLC |
| 3 | 12 WILLIAMSBURG LANE<br>CHICO, CA 95926 |
| 4 | Telephone:  (530) 895-3252<br>Fax:  (530) 894-8244 |

Attorneys for Plaintiff

ROBERT MASUDA, SBN 146377
LAW OFFICE OF ROBERT MASUDA
1541 Corporate Way, Suite 200
Sacramento, CA 95831
Telephone: (916) 391-3400
Fax: (916) 391-3499

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. CIV. S-06-02508-RRB-EFB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| LEELOWE, INCORPORATED dba LEE'S FOOD KING; SACRAMENTO CHILDREN'S HOME, | |
| Defendants. / | |

1  TO THE COURT AND ALL PARTIES:

2  Pursuant to a Settlement Agreement and Release between plaintiff, TONY
3  MARTINEZ, and defendants, LEELOWE, INCORPORATED dba LEE'S FOOD KING;
4  SACRAMENTO CHILDREN'S HOME, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the
5  parties hereby request that all parties be dismissed with prejudice from the above-entitled
6  action.

7  Dated: January 8, 2008            DISABLED ADVOCACY GROUP, APLC

9  /s/ Lynn Hubbard, III
   LYNN HUBBARD, III
10  Attorney for Plaintiff

11
12  Dated: January 3, 2008            LAW OFFICES OF ROBERT MASUDA

14  /s/ Robert Masuda
    ROBERT MASUDA
15  Attorney for Defendants

18  **ORDER**

19  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-
20  02508-RRB-EFB, is hereby dismissed with prejudice.

22  Dated: January 8, 2008
                                      /s/ Ralph R. Beistline
23                                    United States District Court Judge